UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-21625-CIV-MORENO

CARIBBEAN SUN AIRLINES, INC.,

    Plaintiff,

vs.

MSN 53052, LLC,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO DIRECT RENT PAYMENTS TO MSN 53052, LLC

**I. Background**

This case comes before the Court on Defendant's Motion to Direct Rent Payments to Defendant. This case involves the alleged breach of an aircraft lease agreement. This case was originally filed in State Court on April 10, 2014 and removed to Federal Court on May 5, 2014. Defendant argues that the lease contains what it calls a "hell or high water" provision - meaning that it is entitled to rent payments regardless of anything that may happen, including the destruction of the aircraft. Plaintiff has been paying the rent payments into an escrow agreement, and Defendant argues that this is improper under the clause. Defendant has quoted that provision of the lease but has not filed a copy of the lease with the Court, citing a confidentiality clause in the lease and Plaintiff's obstinance in permitting the lease to be filed. In response to the Motion, Plaintiff argues that the parties have entered into an escrow agreement which has changed the terms of the lease. Plaintiff has filed a copy of the escrow agreement between Plaintiff and Defendant permitting the payment of rent into escrow. The Escrow Agreement is dated May 1, 2014. Because Defendant has not filed a copy of the lease with the Court, Defendant's Motion to Direct Rent Payments to MSN 53052, LLC is DENIED.

**II. Discussion**

Defendant argues that the funds should be directed to it based upon the contract that contains a "hell or high water provision." Hell or high water provisions are enforceable in Florida. *See* Fla. Stat. Ann. § 680.407(1) ("[i]n the case of a finance lease that is not a consumer lease, the lessee's promises under the lease contract become irrevocable and independent upon the lessee's acceptance of the goods").

However, Defendant has not filed the lease agreement with the Court. This Court will not enforce a contract provision where the party seeking to enforce the contract has not filed it with the Court, especially where, as here, the continuing validity of the agreement is disputed. Therefore, Defendant's Motion is DENIED.

### III. Conclusion

THIS CAUSE came before the Court upon Defendant's Motion to Direct Rent Payments to MSN 53052 **(D.E. No. 4)**, filed on **May 20, 2014**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of June, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record